# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0429
LT Case No. 2023-100737-CFDL

———————————————

THOMAS C. PETRY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

January 6, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____